IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-462-WYD-OES

DANIEL ZANIEL,

    Plaintiff,

v.

ATA AIRLINES, INC., an Indiana Corporation,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion to Withdraw Counsel filed September 20, 2005, which seeks to withdraw Stephen E. Morse as counsel for Defendant, is **GRANTED**.  The Clerk of Court is directed to remove Stephen E. Morse's name from the electronic filing list for this case.  Defendant continues to be represented by John W. Grund and Don A. Thorpe of Grund & Nelson, P.C.

Dated:  September 20, 2005

                                        s\ Sharon Shahidi
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U.S. District Court