IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00462-WYD-MEH

DANIEL ZANIEL,

     Plaintiff,

v.

ATA AIRLINES, INC., an Indiana Corporation,

     Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice filed by the parties.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulation for Dismissal with Prejudice filed February 21, 2006, is **GRANTED**.  In accordance therewith, it is

ORDERED that all claims filed or which could have been filed by Plaintiff, Daniel Zaniel, against Defendant, ATA Airlines, Inc., in the above-entitled cause be dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated:  February 22, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge